UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CASEY HAYES PERRY,

        Plaintiff,                                  Case No. 2:12-cv-443

v.                                                HON. ROBERT HOLMES BELL

STEVE MORRISON and
JEFFREY WOODS,

        Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On July 16, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 52) recommending that Plaintiff's Motion for Default Judgment (ECF No. 37) be denied and Defendants' Motion for Summary Judgment (ECF No. 35) be granted . No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

For the foregoing reasons, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* Fed. R. Civ. P. 58. Because this action was filed in forma pauperis, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir.1997). Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's July 16, 2014, R&R (ECF No. 52) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 37) is **DENIED**.

**IT IS FURTHER CERTIFIED** that an appeal of this decision would not be taken in good faith.

Dated: August 18, 2014              /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE